# Zeman & Womble, LLP

Benjamin Zeman                                                                P  (718) 514 - 9100
20 Vesey Street, Suite 400                                         F  (917) 210 - 3700
New York, NY 10007                                             Zeman@zemanwomblelaw.com

www.zemanwomblelaw.com

September 19, 2024

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Russell Johnson, 23 Cr. 539 (JMF)

Dear Judge Furman,

Following the Court's acceptance of Mr. Johnson's guilty plea yesterday, Your Honor set January 8th as the sentencing date. As Your Honor pointed out, this would normally mean that sentencing submissions would be due on Christmas Day and New Years Day. I have conferred with the Government, and we jointly propose a change of the dates for submissions. If it is acceptable with Your Honor, we would like to keep the January 8th date for the sentencing with defense counsel filing our submission on December 13th and the Government on the 20th.

Thank you for your prompt attention to this matter.

Application GRANTED. The Clerk of Court is directed to terminate Doc. # 29.

SO ORDERED.

*[signature]*
September 19, 2024

Respectfully submitted,

*[signature]*

_____
Benjamin Zeman
Counsel for Russell Johnson